| | | |
|---|---|---|
| LAND COAST INSULATION, INC. | * | NO. 2021-CA-0052 |
| | * | |
| VERSUS | | COURT OF APPEAL |
| | * | |
| GOOTEE CONSTRUCTION, INC., ET AL. | | FOURTH CIRCUIT |
| | * | |
| | | STATE OF LOUISIANA |

* * * * * * *

APPEAL FROM
CIVIL DISTRICT COURT, ORLEANS PARISH
NO. 2016-09157, DIVISION "N-8"
Honorable Ethel Simms Julien, Judge
* * * * * *
**JUDGE SANDRA CABRINA JENKINS**
* * * * * *
(Court composed of Chief Judge James F. McKay, III, Judge Edwin A. Lombard, Judge Sandra Cabrina Jenkins)

ON APPLICATION FOR REHEARING

David C. Voss
Edwin Allen Graves, Jr.
David Warren Carley
GRAVES CARLEY, L.L.P.
2137 Quail Run Drive
Building B
Baton Rouge, LA 70808

      COUNSEL FOR PLAINTIFF/APPELLANT

Michael Ethan Botnick
Phillip Jay Antis, Jr.
J. Douglas Rhorer
GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue
40th Floor
New Orleans, LA 70170-4000

      COUNSEL FOR DEFENDANT/APPELLEE

**LIMITED REHEARING GRANTED; ORIGINAL OPINION AFFIRMED;
MOTION TO SUPPLEMENT DENIED
DECEMBER 1, 2021**

SCJ
JFM
EHL

We grant Land Coast Insulation, Inc.'s ("Land Coast") application for rehearing for the limited purpose of addressing its argument that it furnished a full record on appeal for this Court's consideration.

Following this Court's September 24, 2021 decision, Land Coast filed an application for rehearing, seeking reconsideration of our decision. Land Coast based its application on two assertions: (1) the trial court's judgment states the decision was based on "exceptions, memoranda, and oral arguments of counsel;" and (2) on April 1, 2021, Land Coast filed with this court a "Motion to Supplement Record on Behalf of Appellant" and attached the November 13, 2020 transcript.

Land Coast attempted to supplement the record, however, the motion to supplement was not addressed by this Court in its September 24, 2021 opinion. Land Coast's April 1, 2021 motion to supplement the record included an attachment. The Clerk of Court rejected the motion to supplement the record for failure to comply with Rule 25 of the Court of Appeal, Fourth Circuit Local Rules.

1

Further, counsel for Land Coast received an email informing of the reason for the rejection of the motion. The record does not provide that Land Coast attempted to timely comply with the local rule after receiving notice from the Clerk of Court of the motion's rejection.

Pursuant to Rule 25 of the Court of Appeal, Fourth Circuit Local Rules "[a] party filing a Motion for Leave to Supplement may not attach the supplemental document(s) to the e-filed motion. Within twenty-four hours of the Court granting such motion, the party must separately deliver, by e-filing or by hand, the supplemental document(s)."

On rehearing, we find that Land Coast failed to comply with Rule 25. The November 13, 2020 transcript was attached to Land Coast's motion to supplement the record. In light of Land Coast's failure to comply with the local rule and failure to timely re-file its motion in compliance with the local rule, we find that Land Coast did not furnish a full record for this Court's consideration.

Subsequent to this Court issuing its September 24, 2021 opinion, Land Coast filed another motion to supplement the record on October 8, 2021. Pursuant to Uniform Rules, Court of Appeal, Rule 2-7.4, "[t]he court may summarily dismiss untimely or improperly filed motions and pleadings." Land Coast's motion to supplement is untimely. Therefore, the October 8, 2021 motion to supplement is denied.

For these reasons, we grant a limited rehearing, affirm our original opinion, and deny the October 8, 2021 motion to supplement the record.

**LIMITED REHEARING GRANTED; ORIGINAL OPINION AFFIRMED;
MOTION TO SUPPLEMENT DENIED**